UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT LATROY WHITE (#241145)

VERSUS

JOE LAMARTINIERE, ASS'T WARDEN, ET AL.

CIVIL ACTION

NO. 11-215-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 24, 2012 (doc. no. 20). The plaintiff has filed an objection to the report which requests leave to amend. This request is DENIED as it would clearly be futile to allow it.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA